SIPPEL LAW FIRM PLLC
707 East Beale Street
Kingman, AZ 86401
928-753-2889
Fax 928-718-5877
email sippelstaff@frontier.com

Mark A. Sippel   Bar ID 005506
*Attorneys for* Debtor

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA**

| | |
|---|---|
| *In re:* | **No. 0:12-BK-17232 EPB** |
| ROBERT L REYNOLDS | Chapter BK 13 |
| | **NOTICE OF FILING EXPLANATION OF SECOND AMENDED VOLUNTARY PETITION** |
| *Debtor* | |

    *DEBTORS / MOVANTS* , through Counsel undersigned, give this Notice of Filing Explanation of Second Amended Voluntary Petition. The Second Amended Petition filed at Docket # 62 was filed to correct the DBA Forest Creek Home Improvement to FDBA Forest Creek Home Improvement and DBA Redrock Concrete Pumping LLC to FDBA Redrock Concrete Pumping LLC.

February 14, 2014            /S/ MARK A. SIPPEL. AZ BAR ID 005506
                                        Attorneys for Debtors

                                  RUSSELL A. BROWN
                                  3838 N CENTRAL AVE STE 800
                                  PHOENIX AZ 85012

                                  _by /s/ Secretary to Mr. Sippel

W:\BK\13 REYNOLDS ROBERT\NOTICE fiing explanation to second amended petition.wpd